IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| TRAVIS HAUGHTON, Register No. 250345, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-4127-CV-C-NKL |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On September 15, 2005, the United States Magistrate Judge recommended that plaintiff's motions for preliminary injunctive relief and temporary restraining orders be denied. The Magistrate Judge further recommended that the motions of defendants Young, Gaddy and Rice to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's motions for preliminary injunctive relief and temporary restraining orders are denied [6, 12, 54, 56]. It is further

ORDERED that the motions of defendants Young, Gaddy and Rice to dismiss are denied [37, 39, 59].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: October 3, 2005
Jefferson City, Missouri