# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| TRAVIS HAUGHTON,<br>Register No. 250345,<br><br>            Plaintiff,<br><br>       v.<br><br>CORRECTIONAL MEDICAL SERVICES,<br>et al.,<br><br>            Defendants. | No. 05-4127-CV-C-NKL |

## ORDER

On November 10, 2005, this court granted plaintiff's voluntary motion to dismiss, without prejudice, his claims against defendant Dr. Carl Doerhoff. Accordingly, defendant Doerhoff's motions to dismiss are moot.

IT IS, THEREFORE, ORDERED that defendant Dr. Carl Doerhoff's motions to dismiss are denied as moot [52, 57].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: December 15, 2005
Jefferson City, Missouri